**D. M. Scott, Appellee, v. American Express Company, Appellant.**

APPEALS AND ERRORS—*effect of failure by appellee to file brief.* Under the rules of the Third District a reversal *pro forma* will be ordered if the appellee fails to file a brief.

Action commenced before justice of the peace. Appeal from the Circuit Court of Shelby county; the Hon. TRUMAN E. AMES, Judge, presiding. Heard in this court at the November term, 1908. Reversed and remanded. Opinion filed March 30, 1910.

W. W. HARTSELL, for appellant.

No appearance for appellee.

MR. JUSTICE PHILBRICK delivered the opinion of the court.

This is an appeal brought by appellant from a judg-

ment rendered against it for $40 in the circuit court of Shelby county.

Appellee has filed no brief in this court and under the rule the cause is reversed and remanded *pro forma.*

*Reversed and remanded.*